In the Matter of the Intermediate Accounting of ISABEL M. HELMERS, as Life Tenant under the Will of RICHARD HELMERS, Deceased, Appellant; JOHN R. HELMERS, Respondent.— In our opinion, the order was too broad. As modified, the order is sufficient to permit the remainder-man to examine the life tenant with respect to the matters which are material and necessary in order to frame his objections, if any, to her account. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

In the Matter of LAMBERTA ASSOCIATES, INC., Appellant, v. FRANK CALDARARO et al., Constituting the Board of Zoning Appeals of the Village of Lindenhurst, Respondents.— No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.